Isadore SMITH, Appellant

v.

Dr. Russell O. SETTLE, Warden, U. S. Medical Center, Springfield.

No. 16514.

United States Court of Appeals
Eighth Circuit.

June 7, 1960.

Isadore Smith, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Motion of appellant for leave to proceed on appeal in forma pauperis denied and appeal from District Court docketed and dismissed as frivolous.

Richard E. JAMES, Appellant,

v.

UNITED STATES of America.

No. 16515.

United States Court of Appeals
Eighth Circuit.

June 8, 1960.

Richard E. James, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Motion of appellant for leave to proceed on appeal in forma pauperis denied and appeal from District Court docketed and dismissed as frivolous.

Walter E. NOLAN, Appellant

v.

E. V. NASH, Warden, Missouri State Penitentiary.

No. 16516.

United States Court of Appeals
Eighth Circuit.

June 8, 1960.

Walter E. Nolan, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Motion of appellant for leave to proceed on appeal in forma pauperis denied and appeal from District Court docketed and dismissed as frivolous.

COMMODITY CREDIT CORPORATION, Appellant,

v.

GREAT NORTHERN RAILWAY COMPANY.

No. 16529.

United States Court of Appeals
Eighth Circuit.

June 27, 1960.

Curtis H. Berg, St. Paul, Minn., for appellant.

Fallon Kelly, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 175 F. Supp. 104, dismissed on motion of appellant.